Jayni Foley Hein (Bar No. 258261)
Andrea Kopecky (Bar No. 276366)
SAN FRANCISCO BAYKEEPER
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: jayni@baykeeper.org
Email: andrea@baykeeper.org

Attorneys for Plaintiff:
BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>               Plaintiff,<br>   v.<br><br>S.O.S. STEEL COMPANY, INC.,<br><br>               Defendant. | Civil No. C 13-01113 PSG<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES; [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 26(f); L.R. 16-10<br><br>Honorable Paul S. Grewal |

Plaintiff San Francisco Baykeeper ("Baykeeper") and Defendant S.O.S. Steel Company, Inc. ("SOS Steel") in the above-captioned action respectfully submit this stipulation as follows:

**WHEREAS,** Baykeeper and SOS Steel (collectively, the "Parties") have been working together in good faith to reach a settlement in this action;

**WHEREAS,** the Court's Order Setting Initial Case Management Conference and ADR Deadlines ("Scheduling Order") set the initial Case Management Conference in this matter for June 18, 2013 at 2:00 pm;

**WHEREAS,** the Scheduling Order states that if the Initial Case Management Conference is continued, the other deadlines are continued accordingly;

**WHEREAS,** the Parties desire to continue negotiating settlement in good faith and anticipate reaching a final settlement in this action within the next six (6) weeks;

**NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

1.  The Case Management Conference shall be continued to July 9, 2013 at 2:00 pm, or as soon thereafter as the Court is available.

2.  The Parties' Rule 26(f) Report and Joint Case Management Statement shall be due one week before the Case Management Conference.

3.  The Parties shall make initial disclosures or state objections in their Rule 26(f) Report no later than one week before the Case Management Conference.

Dated: May 24, 2013                              Respectfully submitted,

By:

 **/s/** Andrea Kopecky
Andrea Kopecky
Attorney for Plaintiff
SAN FRANCISCO BAYKEEPER

By:

 /s/ Christopher J. Hersey
Christopher J. Hersey
Attorney for Defendant
S.O.S. STEEL COMPANY, INC.

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING,

1.  The Case Management Conference shall be continued to_____ at 2:00 pm.

2.  The Parties' Rule 26(f) Report and Joint Case Management Statement shall be filed no later than _____.

3.  The Parties shall make initial disclosures or state objections in their Rule 26(f) Report no later than _____.

**IT IS SO ORDERED.**

Date: _____                        NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable Paul S. Grewal
United States District Court