Sejal Choksi-Chugh (Bar No. 222093)
Andrea Kopecky (Bar No. 276366)
SAN FRANCISCO BAYKEEPER
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: sejal@baykeeper.org
Email: andrea@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SAN FRANCISCO BAYKEEPER, | ) | No. C 13-01113 PSG |
|---|---|---|
| Plaintiff, | ) | **[PROPOSED] ORDER OF ENTRY OF CONSENT DECREE, AND DISMISSAL** |
| v. | ) | |
| | ) | |
| S.O.S. STEEL COMPANY, INC., | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER OF ENTRY OF CONSENT DECREE, AND DISMISSAL**

WHEREAS, the Parties in the above captioned action have reached a settlement whose specific terms are set forth in the [Proposed] Consent Decree, attached hereto as Exhibit A.

WHEREAS, as required by federal law, a copy of the [Proposed] Consent Decree was mailed on September 12, 2013, to the U.S. Department of Justice ("DOJ") and to the U.S. Environmental Protection Agency for a mandatory 45-day review period under Section 135.5 of Title 40 of the Code of Federal Regulations. The 45-day review period commenced on September 18, 2013, and terminates on November 4, 2013.

WHEREAS, DOJ approved the [Proposed] Consent Decree and submitted its approval letter to the Court on October 23, 2013. *See* Exhibit B.

IT IS HEREBY ORDERED that the [Proposed] Consent Decree is fully incorporated herein by reference, and is entered as an Order of the Court.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over Case No. CV-13-01113-PSG for the sole purpose of enforcing compliance by the Plaintiff and Defendant with the terms of the [Proposed] Consent Decree.

IT IS FURTHER ORDERED that the above captioned action against Defendant is dismissed with prejudice.

IT IS SO ORDERED.

Date:   October 28, 2013                    NORTHERN DISTRICT OF CALIFORNIA

*[signature: Paul S. Grewal]*
Honorable Paul S. Grewal
United States Magistrate Judge
United States District Court
Northern District of California

Proposed Order Entering Consent Decree and Dismissal                    Civ No. 13-01113 PSG